# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM C. FROEMMING,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>OFFICER LETE CARLSON, OFFICER RYAN STUETTGEN, and SERGEANT WAYNE TREEP,<br><br>　　　　　　　　Defendants. | Case No. 19-CV-996-JPS<br><br>**SPECIAL VERDICT** |

We, the jury, duly impaneled and sworn, for our special verdict in the above-entitled action, find as follows:

### EXCESSIVE FORCE

**Question No. 1:**　　*(See Part II, Section 1 of the Jury Instructions)*

On July 14, 2016, did any of the following individuals use excessive force against Mr. Froemming?

Officer Lete Carlson　　　　Answer: __No__
　　　　　　　　　　　　　　(Yes / No)

Officer Ryan Stuettgen　　　Answer: __No__
　　　　　　　　　　　　　　(Yes / No)

Sergeant Wayne Treep　　　Answer: __No__
　　　　　　　　　　　　　　(Yes / No)

**Question No. 2:**　　*(See Part II, Section 2.1 of the Jury Instructions).*

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 1 above as to at least one of the listed individuals.*

What sum of money, if any, will fairly and reasonably compensate Mr. Froemming for the harm he sustained as a result of the use of excessive force against him?

Answer: $ _____
(Amount)

**Question No. 3:** *(See Part II, Section 2.2 of the Jury Instructions).*

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 1 above and you awarded compensatory damages in any amount in Question No. 2.*

Was the conduct of the defendant(s) malicious or in reckless disregard of Mr. Froemming's rights?

Answer: _____
(Yes/No)

**Question No. 4:** *(See Part II, Section 2.2 of the Jury Instructions).*

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 3 above.*

What sum of money, if any, do you award against the defendant(s) as punitive damages?

Answer: $ _____
(Amount)

Dated at Milwaukee, Wisconsin, this 14 day of February, 2023.

_Ali M. Conrath_
Foreperson *(Signature)*

_Allison Conrath_
Foreperson *(Printed Name)*