# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM C. FROEMMING,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF WEST ALLIS, CHIEF OF POLICE PATRICK MITCHELL, SERGEANT WAYNE TREEP, OFFICER LETE CARLSON, and OFFICER RYAN STUETTGEN,<br><br>       Defendants. | Case No. 19-CV-996-JPS<br><br><br><br>**JUDGMENT** |

**Jury Verdict**. This action came before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried and the jury having rendered a Special Verdict (ECF No. 61) on February 14, 2023; and the Court having previously considered Defendants' motion for summary judgment (ECF No. 17):

  **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (ECF No. 17) be and the same is hereby **GRANTED in part and DENIED in part** (ECF No. 22);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (ECF No. 17) be and the same is hereby **GRANTED** as to Plaintiff's claims of unlawful detention in violation of the Fourth Amendment; unlawful arrest in violation of the Fourth Amendment; excessive force in violation of the Fourteenth Amendment; malicious prosecution in violation of the Fourth and Fourteenth Amendments; retaliation in violation of the First Amendment; and maintaining the following policies with deliberate indifference to the constitutional rights of citizens: No. 1 to seize persons without probable

cause, No. 2 to use excessive force during arrests, No. 3 to retaliate when citizens exercise their First Amendment rights, No. 4 to discriminate, and No. 5 to maliciously prosecute the accused (ECF No. 22);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (ECF No. 17) be and the same is hereby **DENIED** as to Plaintiff's claims of excessive force in violation of the Fourth Amendment and maintaining the following policies with deliberate indifference to the constitutional rights of citizens: No. 6 to destroy and tamper with evidence and No. 7 to falsely testify (ECF No. 22);

**IT IS FURTHER ORDERED AND ADJUDGED** that following Defendants' motion for a directed verdict and at the close of Plaintiff's case in chief, there was no basis found for Plaintiff's claims as to policies to tamper with evidence and to provide false testimony to be presented to the jury (ECF Nos. 57, 62, 73);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants City of West Allis and Chief Patrick Mitchell stand **DISMISSED** from this action (ECF No. 73);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Officer Lete Carlson, Officer Ryan Stuettgen, and Sergeant Wayne Treep did not use excessive force against Plaintiff William C. Froemming on July 14, 2016 (ECF No. 61);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff William C. Froemming shall have and recover nothing from Defendants Officer Lete Carlson, Officer Ryan Stuettgen, and Sergeant Wayne Treep on Plaintiff's excessive force claim (ECF No. 61); and

**IT IS FURTHER ORDERED AND ADJUDGED** that in accordance with the jury's special verdict, ECF No. 61, this action be and the same is hereby **DISMISSED with prejudice**, together with the Defendants' costs as may be taxed by the Clerk of the Court (ECF Nos. 57, 63, 73).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

| | GINA M. COLLETTI |
| --- | --- |
| | Clerk of Court |
| June 14, 2023 | *s/ Jodi L. Malek* |
| Date | By: Deputy Clerk |